5

# CHAMBERS MINUTES

**JOHN WM. BLACK, JUDGE PRESIDING**
Southern District of Texas, Brownsville Division

Law Clerk        :  Paul G Hajjar

Date             :  Feb 11, 1999, 2:13 pm
-------------------------------------------------------------------
                    **C.A. NO. B98 179 (FBV)**
-------------------------------------------------------------------
CONSTRUCTORA BEYRON S.A. de C.V.   *    Alberto Villegas

         VS                        *

BROWNSVILLE & MATAMOROS BRIDGE CO. *    Eduardo R Rodriguez, Jaime A Saenz
                                        & Lecia Chaney
-------------------------------------------------------------------

### INITIAL PRETRIAL CONFERENCE

Attorney Villegas and Chaney appeared.

Plaintiff requests that Defendant place in the court custody the balance owed to all contractors and subcontractors. Defendant's counsel requests time to consult with her client.

Initial pretrial conference continued to February 26, 1999, at 2:00 p.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CONSTRUCTORA BEYRON S.A. de C.V. | * * * | |
| VS | * * | C.A. NO. B-98-179 |
| BROWNSVILLE & MATAMOROS BRIDGE COMPANY | * * | |

## O R D E R

Came on to be heard Plaintiff's Motion to Withdraw Motion to Remand and the Court after reviewing the pleadings on file is of the opinion that said Motion should be Granted.

It is therefore ORDERED, ADJUDGED and DECREED that this Motion is hereby Granted and the Motion to Withdraw Motion to Remand is granted.

Signed this 11TH day of FEB, 1999.

_____
JUDGE PRESIDING