7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
FEB 23 1999
Michael N. Milby, Clerk of Court

CONSTRUCTORA BEYRON S.A.       *
de C.V.                                 *
                                      *
    VS                             *  C.A. NO. B98 179
                                      *
BROWNSVILLE & MATAMOROS BRIDGE *
CO.                                   *

United States District Court
Southern District of Texas
ENTERED
FEB 23 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER RESCHEDULING CONFERENCE

The initial pretrial conference in above-captioned and numbered cause of action is hereby rescheduled from 2:00 p.m. to **9:30 a.m. on February 26, 1999.**

DONE at Brownsville, Texas, this 23rd day of February, 1999.

John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX 78520