```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF TEXAS
                    BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
ENTERED

MAR 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CONSTRUCTORA BEYRON S.A. de C.V. | * | |
| | * | |
| VS | * | C.A. NO. B98 179 |
| | * | |
| BROWNSVILLE & MATAMOROS BRIDGE CO. | * | |

## ORDER SETTING CONFERENCE

A status conference in above-captioned and numbered cause of action is hereby set for March 26, 1999, 9:30 a.m.

DONE at Brownsville, Texas, this 1st day of March, 1999.

John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX  78520