10

===============================================================
UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS
===============================================================

MAR 29 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CONSTRUCTORA BEYRON S.A. de C.V. § § § | |
| versus § | CIVIL ACTION NO. B98 179 |
| § | |
| BROWNSVILLE & MATAMOROS BRIDGE COMPANY § § | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| _Albert Villegas_ | Plaintiff | 3-26-99 |
| _[signature]_ | Defendant | 3/26/99 |
| | | |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**John Wm. Black**

to conduct all further proceedings, including final judgment.

3-29-99
Date

_[signature]_
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.