IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CONSTRUCTORA BEYRON, S.A. de C.V. * | |
| * | |
| VS. * | CIVIL ACTION |
| * | NO. B-98-179  (FBV) |
| BROWNSVILLE & MATAMOROS * | |
| BRIDGE COMPANY * | |

## O R D E R

The Status Conference previously set for March 26, 1999, at 9:30 a.m., is hereby reset to March 31, 1999 @ 10:00 a.m.

It is so Ordered.

Done at Brownsville, Texas, this 29th day of March, 1999.

_____
John Wm. Black
United States Magistrate Judge