*13*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 27 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CONSTRUCTORA BEYRON § | |
| S.A. DE C.V. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-179 |
| § | |
| BROWNSVILLE & MATAMOROS § | |
| BRIDGE COMPANY § | |

## ORDER

Came to be considered the above referenced matter. The Court has fully reviewed the pleadings and has considered the arguments of counsel. The Court finds that Defendant Brownsville & Matamoros Bridge Company is presently holding certain funds in retainage in connection with a construction contract with ICA Construccion Urbana S.A. de C.V. The Court further finds that Plaintiff Constructora Beyron S.A. de C.V. is alleging that it entered into a contract with ICA Construccion Urbana S.A. de C.V. to perform certain work as a subcontractor on the Brownsville & Matamoros Bridge Company's construction project. The Court further finds that Plaintiff Constructora Beyron S.A. de C.V. is alleging that ICA Construccion Urbana S.A. De C.V. has failed to pay Plaintiff Constructora Beyron S.A. de C.V. certain sums due under the subcontract agreement between Plaintiff Constructora Beyron S.A. de C.V. and ICA Construccion Urbana S.A. de C.V.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Brownsville & Matamoros Bridge Company shall pay into the registry of the Court the sum of $135,273.00. This sum is to be paid by Brownsville & Matamoros Bridge Company from the retainage funds that Brownsville & Matamoros Bridge Company is presently holding in connection with that certain

Page 1

construction contract between Brownsville & Matamoros Bridge Company and ICA Construccion Urbana S.A. de C.V.;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Clerk of the Court is ORDERED to accept the tender of $135,273.00 from Brownsville & Matamoros Bridge Company and to place such funds into the Registry of the Court in an interest bearing account, pending further Order of the Court.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all claims asserted by Plaintiff Constructora Beyron S.A. de C.V. against Brownsville & Matamoros Bridge Company are hereby DISMISSED WITH PREJUDICE and that Brownsville & Matamoros Bridge Company is hereby DISMISSED from this action WITH PREJUDICE; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff Constructora Beyron S.A. de C.V. shall join ICA Construccion Urbana S.A. de C.V. as a defendant in this action, pursuant to Rule 19(a) of the Federal Rules of Civil Procedure, no later than the 1st day of JUNE, 1999.

Done at Brownsville, Texas, on this 27TH day of APRIL 1999.

/s/ John Wm. Black
John Wm. Black
United States Magistrate Judge

Page 2