17

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 17 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CONSTRUCTORA BEYRON S.A. de C.V. | * * * |
| VS | * C.A. NO. B-98-179 * |
| BROWNSVILLE & MATAMOROS BRIDGE COMPANY | * * |

## ORDER

Came on to be heard the Plaintiff's Motion for Leave to file First Amended Complaint and finding it consistent with the Court's prior orders is of the opinion this Motion for Leave to File First Amended Complaint should be granted.

IT IS ORDERED ADJUDGED AND DECREED that Plaintiff's Motion for Leave to File Amended Complaint is granted and the Clerk of the Court is to file said First Amended Complaint in the file and issue citation in the manner prescribed by law upon the Defendant ICA Construccion Urbana S.A. de C.V.

Signed this 13TH day of May, 1999.

JUDGE PRESIDING

4