21

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

SEP 1 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CONSTRUCTORA BEYRON | § | |
| S.A. DE C.V. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-179 |
| | § | |
| BROWNSVILLE & MATAMOROS | § | |
| BRIDGE COMPANY | § | |
| and as interested party | § | |
| ICA CONSTRUCCION URBANA, | § | |
| S.A. DE C.V. | § | |

TYPE OF CASE:           __X__   CIVIL                              ____   CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**HEARING ON DEFENDANT'S SUPPLEMENTAL MOTION TO DISMISS**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**OCTOBER 27, 1999 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:     SEPTEMBER 15, 1999

TO:     MR. ALBERT VILLEGAS
        MR. JAIME SAENZ/MR. EDUARDO RODRIGUEZ