23

United States District Court
Southern District of Texas
ENTERED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

JAN 2 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CONSTRUCTORA BEYRON<br>S.A. DE C.V. | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. B-98-179 |
| BROWNSVILLE & MATAMOROS<br>BRIDGE COMPANY<br>and as interested party<br>ICA CONSTRUCCION URBANA,<br>S.A. DE C.V. | §<br>§<br>§<br>§<br>§ | |

## FINAL ORDER OF DISMISSAL

Came to be considered Defendant ICA Construccion Urbana, S.A. de C.V.'s ("ICA")

Motion to Dismiss for Lack of Subject Matter Jurisdiction. (Docket No. 18).

A hearing was held by this Court on the above referenced Motion on October 27, 1999, at

which all parties were represented by counsel. The Court has fully reviewed the pleadings and has

considered the arguments of counsel and all supporting evidence properly before the Court. The

Court finds that this Motion has merit and should, in all things, be granted.

The Court further finds that on April 27, 1999, pursuant to this Court's Order (Docket

No. 13), Brownsville & Matamoros Bridge Company tendered into the registry of the Court the

sum of $135,273.00, and the Clerk of this Court accepted said funds. The Court finds that these

funds, plus any interest that has accrued thereon, should be returned to Brownsville & Matamoros

Bridge Company.

It is therefore, ORDERED, ADJUDGED AND DECREED that ICA's Motion to Dismiss

for Lack of Subject Matter Jurisdiction is hereby **GRANTED**.

It is further, ORDERED, ADJUDGED AND DECREED that the Clerk of the Court shall return to Brownsville & Matamoros Bridge Company the sum of $135,273.00, plus all interest that has accrued thereon.  The Clerk shall send said funds to Brownsville & Matamoros Bridge Company c/o Jaime A. Saenz, Rodriguez, Colvin & Chaney, L.L.P., 1201 East Van Buren, Brownsville, Texas, 78520; and

It is further, ORDERED, ADJUDGED AND DECREED that this entire case is hereby **DISMISSED, WITHOUT PREJUDICE**.

DONE at Brownsville, Texas, this 20th day of January, 2000.

John Wm. Black
United States Magistrate Judge

2